UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 12-23490-CIV-ALTONAGA

LC JACKSON,

    Plaintiff,

v.

BOTTLING GROUP, LLC,

    Defendant.
_____/

## DEFENDANT BOTTLING GROUP, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, BOTTLING GROUP, LLC, through its undersigned counsel, Law Offices of Carmen Rodriguez, P.A., files its Answer and Affirmative Defenses to Plaintiff's Complaint as follows:

1. In response to unnumbered paragraph "Preliminary Statement," Defendant denies that it discriminated against Plaintiff in any way and denies that Plaintiff is entitled to any relief.

2. In response to paragraph numbered 1 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies said allegations.

3. In response to paragraph numbered 2 of the Complaint, Defendant admits the allegations contained therein.

4. In response to paragraph numbered 3 of the Complaint, Defendant admits that Plaintiff has filed this action for race discrimination but Defendant denies any discrimination against Plaintiff and denies that Plaintiff is entitled to any relief.

5. In response to paragraph numbered 4 of the Complaint, Defendant admits the Plaintiff is attempting to assert jurisdiction in this Court under the statutory provisions cited therein. Nonetheless, Defendant denies this Court has jurisdiction over this matter.

6. In response to paragraph numbered 5 of the Complaint, Defendant admits that Plaintiff is attempting to assert venue in this Court under the statutory provisions cited therein. Nonetheless, Defendant denies venue is proper in this Court.

7. In response to paragraph numbered 6 of the Complaint, Defendant admits the allegations contained therein.

8. In response to paragraph numbered 7 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

9. In response to paragraph numbered 8 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

10. In response to paragraph numbered 9 of the Complaint, Defendant denies the allegations contained therein.

11. In response to paragraph numbered 10 of the Complaint, Defendant denies the allegations contained therein.

12. In response to paragraph numbered 11 of the Complaint, Defendant denies the allegations contained therein.

13. In response to paragraph numbered 12 of the Complaint, Defendant denies the allegations contained therein.

14. In response to paragraph numbered 13 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

15. In response to paragraph numbered 14 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

16. In response to paragraph numbered 15 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

17. In response to paragraph numbered 16 of the Complaint, Defendant denies the allegations contained therein.

18. In response to paragraph numbered 17 of the Complaint, Defendant denies the allegations contained therein.

19. In response to paragraph numbered 18 of the Complaint, Defendant denies the allegations contained therein.

20. In response to paragraph numbered 19 of the Complaint, Defendant denies the allegations contained therein.

21. In response to paragraph numbered 20 of the Complaint, Defendant denies the allegations contained therein.

22. In response to paragraph numbered 21 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

23. In response to paragraph numbered 22 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

24. In response to paragraph numbered 23 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

25. In response to paragraph numbered 24 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

26. In response to paragraph numbered 25 of the Complaint, Defendant states that it has in place productivity guidelines which are made known and reviewed with employees. Defendant denies the remaining allegations contained therein.

27. In response to paragraph numbered 26 of the Complaint, Defendant states that employees, including Plaintiff, have been counseled regarding Defendant's productivity standards. Defendant denies the remaining allegations contained therein.

28. In response to paragraph numbered 27 of the Complaint, Defendant denies the allegations contained therein.

29. In response to paragraph numbered 28 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

30. In response to paragraph numbered 29 of the Complaint, Defendant denies the allegations contained therein.

31.     In response to paragraph numbered 30 of the Complaint, Defendant admits that Plaintiff was terminated for reasons which included the events of June 19, 2012.

32.     In response to paragraph numbered 31 of the Complaint, Defendant denies the allegations contained therein.

33.     In response to paragraph numbered 32 of the Complaint, Defendant denies the allegations contained therein.

34.     In response to paragraph numbered 33 of the Complaint, Defendant denies the allegations contained therein.

35.     In response to paragraph numbered 34 of the Complaint, Defendant denies the allegations contained therein.

36.     In response to paragraph numbered 35 of the Complaint, Defendant admits that Plaintiff was terminated and that it documented the events of June 19, 2012 in a Disciplinary Action Report, which speaks for itself.  Defendant denies the remaining allegations.

37.     In response to paragraph numbered 36 of the Complaint, Defendant states that Plaintiff's action violated reasonable workplace rules and Plaintiff was terminated. Defendant denies the remaining allegations contained therein.

38.     In response to paragraph numbered 37 of the Complaint, Defendant denies the allegations contained therein.

39.     In response to paragraph numbered 38 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

40.     In response to paragraph numbered 39 of the Complaint, Defendant is without

knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

41. In response to paragraph numbered 40 of the Complaint, Defendant denies the allegations contained therein.

42. In response to paragraph numbered 41 of the Complaint, Defendant denies the allegations contained therein.

43. In response to paragraph numbered 42 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

44. In response to paragraph numbered 43 of the Complaint, Defendant denies the allegations contained therein.

45. In response to paragraph numbered 44 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

46. In response to paragraph numbered 45 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

47. In response to paragraph numbered 46 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

48. In response to paragraph numbered 47 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the

allegations.

49. In response to paragraph numbered 48 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

50. In response to paragraph numbered 49 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

51. In response to paragraph numbered 50 of the Complaint, Defendant denies the allegations contained therein.

52. In response to paragraph numbered 51 of the Complaint, Defendant denies the allegations contained therein.

53. In response to paragraph numbered 52 of the Complaint, Defendant denies the allegations contained therein.

54. In response to paragraph numbered 53 of the Complaint, Defendant denies the allegations contained therein.

55. In response to paragraph numbered 54 of the Complaint, Defendant denies the allegations contained therein.

56. In response to paragraph numbered 55 of the Complaint, Defendant denies the allegations contained therein.

57. In response to paragraph numbered 56 of the Complaint, Defendant denies the allegations contained therein.

58. In response to paragraph numbered 57 of the Complaint, Defendant is without

knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

59.   In response to paragraph numbered 58 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

60.   In response to paragraph numbered 59 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

61.   In response to paragraph numbered 60 of the Complaint, Defendant readopts and reasserts responses to paragraphs numbered 1-59 above as if fully set forth herein.

62.   In response to paragraph numbered 61 of the Complaint, Defendant is without knowledge as to the truth or falsity of the allegations in said paragraph, and therefore denies the allegations.

63.   In response to paragraph numbered 62 of the Complaint, Defendant denies the allegations contained therein.

64.   In response to paragraph numbered 63 of the Complaint, Defendant denies the allegations contained therein.

65.   In response to paragraph numbered 64 of the Complaint, Defendant denies the allegations contained therein.

66.   In response to paragraph numbered 65 of the Complaint, Defendant denies the allegations contained therein.

67.   In response to paragraph numbered 66 of the Complaint, Defendant denies the

allegations contained therein.

68.   In response to the unnumbered WHEREFORE following paragraph numbered 66, Defendant denies that Plaintiff is entitled to the relief sought.  Defendant admits that Plaintiff has requested a jury trial.  Defendant denies that any act and/or omission attributable to it constitutes a violation of any law.  Defendant further denies any and all unnumbered allegations contained in Plaintiff's Complaint. Any allegations not specifically and expressly admitted herein are denied.

WHEREFORE, having fully answered the Complaint filed herein, Defendant states the following Affirmative Defenses to this action:

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

69.   As its first affirmative defense, Defendant asserts that Plaintiff has failed to exhaust federal, state, and local remedies before bringing this action.

### Second Affirmative Defense

70.   As its second affirmative defense, Defendant asserts that all employment related decisions made with respect to Plaintiff, or which affected Plaintiff, were based on reasonable factors which were not discriminatory or procedurally flawed.

### Third Affirmative Defense

71.   As its third affirmative defense, Defendant asserts that all employment related decisions made with respect to Plaintiff, or which affected Plaintiff, were made in good faith, for legitimate, non-discriminatory, reasons.

### Fourth Affirmative Defense

72.   As its fourth affirmative defense, Defendant asserts that Plaintiff failed to allege all

of the necessary elements for the counts as set forth in the Complaint.  Accordingly, the Complaint should be dismissed for failure to state a claim upon which relief can be granted.

### Fifth Affirmative Defense

73. As its fifth affirmative defense, Defendant asserts that the same decision would have been reached regarding Plaintiff's employment.

### Sixth Affirmative Defense

74. As its sixth affirmative defense, Defendant asserts that Plaintiff fails to establish a *prima facie* case of race discrimination.

### Seventh Affirmative Defense

75. As its seventh affirmative defense, Defendant asserts that Plaintiff fails to allege discriminatory conduct of a severe and pervasive nature and fails to allege conduct which constitutes discrimination as a matter of law.

### Eighth Affirmative Defense

76. As its eighth affirmative defense, Defendant asserts that Plaintiff's claims are barred by waiver and/or estoppel based upon the limited scope of Plaintiff's Complaint and charge of discrimination.

### Ninth Affirmative Defense

77. As its ninth affirmative defense, Defendant asserts that acts of discrimination alleged in a civil complaint are limited to the scope of the EEOC investigation which would reasonably be expected to grown out of the charge of discrimination. Gregory v. Georgia Dept. of Human Resources, 355 F.3d 1277 (11th Cir. 2004).

### Tenth Affirmative Defense

78.	As its tenth affirmative defense, Defendant asserts that it has a reasonable internal complaint procedure and exercised reasonable care to prevent and correct alleged discrimination pursuant to Faragher v. City of Boca Raton, 524 U.S. 775, 118 S. Ct. 2275 (1998).

### Eleventh Affirmative Defense

79.	As its eleventh affirmative defense, Defendant asserts that Plaintiff unreasonably failed to take advantage of its internal policies, procedures, and remedies.  Faragher v. City of Boca Raton, 524 U.S. 775, 118 S. Ct. 2275 (1998).

### Twelfth Affirmative Defense

80.	As its twelfth affirmative defense, Defendant asserts that Plaintiff has requested relief through arbitration which is fully equivalent to the relief requested in the case at bar, therefore Plaintiff's Complaint should be dismissed.  See Strozier v. General Motors Corp. (Lakewood Assembly Plant), 635 F.2d 424, 426 (5th Cir. 1981).

### Thirteenth Affirmative Defense

81.	As its thirteenth affirmative defense, Defendant asserts that Plaintiff has filed a labor grievance and has requested to be made whole through arbitration, pursuant to a Collective Bargaining Agreement, and utilized a mechanism that was Plaintiff's effective and exclusive remedy.

### Fourteenth Affirmative Defense

82.	As its fourteenth affirmative defense, Defendant asserts that Plaintiff has failed to identify the alleged similarly situated employees to which Plaintiff compares himself.  Defendant asserts that alleged comparators are not similarly situated as a matter of law.

### Fifteenth Affirmative Defense

83. As its fifteenth affirmative defense, Defendant asserts that Plaintiff and his collective bargaining agent have admitted Plaintiff's misconduct sufficient to warrant discipline. The scope of discipline is within Defendant's discretion.

### Sixteenth Affirmative Defense

84. As its sixteenth affirmative defense, Defendant asserts that Plaintiff engaged in serious misconduct and that Plaintiff is unfit to return to work.

### Seventeenth Affirmative Defense

85. As its seventeenth affirmative defense, Defendant asserts that Plaintiff's recall, account, and/or perception may be impaired and/or limited due to mental or emotional limitations, impediments, and/or conditions.

### Eighteenth Affirmative Defense

86. As its eighteenth affirmative defense, Defendant asserts that Plaintiff's conduct has evidenced that he is not able to safely perform the functions of his job.

### Nineteenth Affirmative Defense

87. As its nineteenth affirmative defense, Defendant asserts that Plaintiff's claim is barred for failure to exhaust remedies, as the EEOC determined that Plaintiff had failed to state a claim under any applicable law.

### Twentieth Affirmative Defense

88. As its twentieth affirmative defense, Defendant asserts that Plaintiff has failed to mitigate damages.

**Twenty-First Affirmative Defense**

89. As its twenty-first affirmative defense, Defendant asserts that Plaintiff's claims and/or damages (including remedial relief) may be barred or limited pursuant to the after-acquired evidence doctrine based upon evidence which may be discovered in the course of litigation.

WHEREFORE, having fully answered the Complaint and asserted its defenses thereto, Defendant requests that judgment be entered for Defendant and that Plaintiff's Complaint be dismissed with prejudice. Defendant requests its attorney's fees and costs incurred in defense of this matter and for such other relief to which Defendant may be entitled.

Dated: October 17, 2012　　　　　　　　Respectfully submitted,
　　　　　Miami, Florida

　　　　　　　　　　　　　　　　　　　　s/Carmen Rodriguez
　　　　　　　　　　　　　　　　　　　　Carmen Rodriguez, Florida Bar No. 710385
　　　　　　　　　　　　　　　　　　　　Attorney's Email Address: crlaborlaw@gmail.com
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF CARMEN RODRIGUEZ, P.A.
　　　　　　　　　　　　　　　　　　　　Palmetto Bay Centre
　　　　　　　　　　　　　　　　　　　　15715 South Dixie Highway, Suite 411
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33157-1884
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 254-6101
　　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 254-6048
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served by electronic mail on October 17, 2012 on all counsel or parties of record on the Service List below.

　　　　　　　　　　　　　　　　　　　　s/Carmen Rodriguez
　　　　　　　　　　　　　　　　　　　　Carmen Rodriguez

## SERVICE LIST

Jonathan E. Pollard, Esquire
Florida Bar No. 83613
E-mail address: jpollard@pollardllc.com
401 E. Las Olas Blvd., #1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 332-2380
Facsimile: (866) 594-5731
Attorney for Plaintiff

Carmen Rodriguez, Esquire
Florida Bar No. 710385
E-mail address:  crlaborlaw@gmail.com
Law Offices of Carmen Rodriguez, P.A.
15715 S. Dixie Highway, Suite 411
Miami, Florida 33157-1884
Telephone:  (305) 254-6101
Facsimile:   (305) 254-6048
Attorneys for Defendant