UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 12-23490-CIV-ALTONAGA

LC JACKSON,

    Plaintiff,

v.

BOTTLING GROUP, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant BOTTLING GROUP, LLC and Plaintiff LC JACKSON, hereby give notice that the parties have reached a full and complete settlement of all claims in this matter. The parties anticipate filing the Stipulation for Dismissal shortly.

Dated: February 22, 2013        Respectfully submitted,

| | |
|---|---|
| s/Jonathan Pollard<br>Jonathan E. Pollard, Esquire<br>Florida Bar No. 83613<br>E-mail address: jpollard@pollardllc.com<br>401 E. Las Olas Blvd., #1400<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 332-2380<br>Facsimile: (866) 594-5731<br>Attorney for Plaintiff | s/Carmen Rodriguez<br>Carmen Rodriguez, Esquire<br>Florida Bar No. 710385<br>E-mail address: crlaborlaw@gmail.com<br>Law Offices of Carmen Rodriguez, P.A.<br>15715 S. Dixie Highway, Suite 411<br>Miami, Florida 33157-1884<br>Telephone: (305) 254-6101<br>Facsimile: (305) 254-6048<br>Attorneys for Defendants |